IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

GILBERTO BERMUDA, a/k/a Alberto Bermúdez-Vidal
Defendant

CRIMINAL 13-0035CCC

## **ORDER**

Having considered the Motion to Dismiss filed by defendant Gilberto Bermuda (docket entry 64), the United States' Response in Opposition (docket entry 66), the unopposed Supplemental Motion to Dismiss filed by defendant Bermuda (docket entry 70), and the Report and Recommendation issued by U.S. Magistrate-Judge Bruce J. McGiverin (**docket entry 71**), to which no objections have been filed, the same is APPROVED and ADOPTED and defendant Bermuda's motion to dismiss the indictment (**docket entry 64**), as supplemented (**docket entry 70**), is GRANTED.  Accordingly, the Indictment filed against defendant Bermuda is ORDERED DISMISSED, <u>without</u> prejudice.

SO ORDERED.

At San Juan, Puerto Rico, on December 16, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge